**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JON CARPENTER,                     )          Case No.: CV 13-6803 DSF (FFMx)
                                   )
         Plaintiff,         )
                                   )
   vs.                          )          JUDGMENT
                                   )
RICHARD A. OTTAVIANO,              )
                                   )
        Defendant.         )
                                   )
_____   )

      The Court having ordered that Defendant's motion for summary judgment be granted,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   5/6/14

                                        _____
                                          Dale S. Fischer
                                   United States District Judge